COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Roy VANHOOSE and Eva Vanhoose,
wife, et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Frankfort, Kenneth S. Baker, Pikeville, for appellant.

J. K. Wells, Wells, Porter & Schmitt, Paintsville, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

GRIFFITH–COKER LUMBER COM-
PANY, INC., Appellant,

v.

Lawrence E. POTTS, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Nolan Carter, Jr., Allen, Duncan & Arnold, Lexington, for appellant.

H. Wayne Riddle, Miller, Griffin & Marks, Lexington, for appellee.

Memorandum Opinion of the Court by Special Commissioner LYNDON R. SCHMID, Affirming.*

Joseph J. HAAS et al., Appellants,

v.

Robert F. CRUMP et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

James T. Carey, Louisville, for appellants.

J. L. Richardson, Jr., George S. Schuhmann, Louisville, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing.*

Roy FUSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Assistant Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.